UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HAILE DABREO,

                Plaintiff,        **ECF CASE**

    -against-        Docket No. 08-CV-1295(MGC)(GWG)

                **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                Defendants.
---------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         March 11, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of
                              the City of New York
                              Attorney for defendant
                              City of New York
                              100 Church Street
                              New York, New York 10007
                              (212) 442-0832
                              (212) 788-9776 (fax)

                              By:  s/ Hugh A. Zuber            .
                                    Hugh A. Zuber (HZ 4935)
                                    Assistant Corporation Counsel

- 2 -

TO: Darius Wadia, Esq.
     Attorney for Plaintiff
     233 Broadway, Suite 2208
     New York, NY 10279