Received:
03/13/2008  14:24    2125719149    PWES    Mar 13 2008 02:18pm    PAGE  02/02

12122272030    01:37.29 p m    03-13-2008    2/2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

HAILE DABREO,

                                        Plaintiff,

            -against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

-------------------------------------------------------------x

STIPULATION FOR
ENLARGEMENT OF
TIME FOR DEFENDANT
CITY OF NEW YORK TO
ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT

08-CV-1295 (MGC)(GWG)

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that

defendant City of New York's[i] time to answer or otherwise respond to the complaint in this action be

enlarged from March 13, 2008 to and including May 13, 2008.

        IT IS FURTHER STIPULATED AND AGREED, that this Stipulation can be executed in

counterparts and that a facsimile signature shall be deemed as an original.

Dated: New York, New York
        March 13, 2008


DARIUS WADIA, ESQ.
Attorney for Plaintiffs
233 Broadway, Suite 2208
New York, NY 10279



By: _____
        Darius Wadia, Esq. ( 8629 )
        Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant City
100 Church Street
New York, New York 10007

By: _____
        Hugh A. Zuber (HZ 4935)
        Assistant Corporation Counsel

SO ORDERED:

_____
        U.S.D.J. Cedarbaum    March. 14, 2008

[i] Without appearing on Sergeant Sharon Andrews-Stannis and Police Officer Frank Cinolauro's behalf or making any
representations with respect to service, I also respectfully request that Sergeant Sharon Andrews-Stannis and Police Officer
Frank Cinolauro's time to answer or otherwise respond to the complaint also be extended until May 13, 2008.