UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Haile Dabreo,<br><br>               Plaintiff,<br><br>     -against-<br><br>The City of New York; Sergeant Sharon Andrews-Stannis, Police Officers Frank Cinolauro, John and Jane Roes 1 through 5,<br><br>               Defendants | DECLARATION OF SERVICE<br><br>08 CV 1295 (MGC)<br><br>ECF CASE |

     I, Darius Wadia, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

    1.    That I am over 18 years of age and am not a party to this action;

    2.    That on February 22, 2008, at 1:58 PM, at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a Summons and Complaint upon Defendant City of New York, by personally delivering and leaving one true copy of the Summons and Complaint with Soraya Bonit, Systems Analyst

Dated:    New York, New York
            March 31, 2008

                                                                                            _____
                                                                                             Darius Wadia (DW8679)
                                                                                              233 Broadway, Suite 2208
                                                                                              New York, New York 10279

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

HAILA DABREO

V.

THE CITY OF NEW YORK,
SARGEANT SHARON ANDREWS-
STANNIS, P.O. FRANK CINOCARRO,
JOHN + JANE DOES 1-5

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 01295

TO: (Name and address of Defendant)

NEW YORK CITY
LAW DEPT
100 Church St
NY NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DARIUS WADIA, LLC
233 BROADWAY SUITE 2208
NY NY 10279

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    FEB 08 2008

CLERK                                                        DATE

(By) DEPUTY CLERK