UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAILE DABREO,

                    Plaintiff,          **ECF CASE**

    -against-                         Docket No. 08-CV-1295(MGC)(GWG)

                                       **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants Sergeant Sharon Andrews-Stannis and Police Officer Frank Cinolauro and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated: New York, New York
         May 15, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of
                                       the City of New York
                                       Attorney for defendants Sergeant Sharon
                                       Andrews-Stannis and Police Officer Frank
                                       Cinolauro
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 442-0832
                                       (212) 788-9776 (fax)


                                       By:  s/ Hugh A. Zuber            .
                                               Hugh A. Zuber (HZ 4935)
                                               Assistant Corporation Counsel


TO:    Darius Wadia, Esq.
         Attorney for Plaintiff
         233 Broadway, Suite 2208
         New York, NY 10279