UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| Haile Dabreo | CASE MANAGEMENT PLAN |
| Plaintiff (s) | 08 Civ. 1295 (MGC) |
| - against - | |
| City of New York, et al. | |
| Defendant (s) | |

----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08
```

The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | June 30, 2008 |
| Amend the pleadings by | June 30, 2008 |
| All motions other than summary judgment by | October 24, 2008 |
| Discovery: | |
| All discovery to be completed by | September 26, 2008 |
| Joint Pre-Trial Order to be submitted by | October 27, 2008 |
| Final Pre-Trial Conference is scheduled for | Tuesday October 28, 2008 at 10:00 am. |
| Jury Trial: | Jury Trial November 18, 2008 at 2:30 pm. |

SO ORDERED.

Dated:    New York, New York
         July 23, 2008

                                    /s/
                                    _____
                                    MIRIAM GOLDMAN CEDARBAUM
                                    United States District Judge